# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>          Plaintiff,<br><br>   v.<br><br>PRICE'S OF MADERA,<br><br>          Defendant. | Case No.  1:15-cv-001025---SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 6)<br><br>DEADLINE:  September 7, 2015 |

On August 6, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

    1.     All pending matters and dates are VACATED; and

    2.     Plaintiff shall file dispositional documents on or before September 7, 2015.

IT IS SO ORDERED.

Dated:   **August 7, 2015**

                                          UNITED STATES MAGISTRATE JUDGE