1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Hendrik Block
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 HENDRIK BLOCK,                    )  No. 1:15-CV-01025---SAB
                                     )
12              Plaintiff,           )  **NOTICE OF VOLUNTARY DISMISSAL**
                                     )  **OF ACTION; ORDER THEREON**
13        vs.                        )
                                     )
14 PRICE'S OF MADERA, a California   )
   corporation,                      )
15                                   )
                                     )
16              Defendant.           )
                                     )
17 _____    )

18        WHEREAS, Defendant has not filed an answer or motion for summary judgment;

19        WHEREAS, Plaintiff and Defendant have settled the matter;

20        WHEREAS, no counterclaim has been filed;

21        Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23

24 Date: August 12, 2015                    MOORE LAW FIRM, P.C.

25

26
                                            */s/ Tanya E. Moore*
27                                          Tanya E. Moore
                                            Attorney for Plaintiff
28                                          Hendrik Block


NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **August 12, 2015**

_____
UNITED STATES MAGISTRATE JUDGE